IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

      Plaintiff

                                  Case #: 3:12-cr-45

vs.

LEANN L. BACHMAN,

      Defendant :
_____

ORDER OF TRANSFER
_____

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Michael R. Merz to the docket of Magistrate Judge Michael J. Newman.

                                              s/Michael J. Newman
                                              Michael J. Newman
                                              United States Magistrate Judge


                                              s/Michael R. Merz
                                              Michael R. Merz
                                              United States Magistrate Judge