# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-CR-45 |
| Plaintiff, | : | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| LEANN BACHMAN, | : | |
| Defendant. | : | |

___

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS (DOC. 15); AND ORDERING THAT DEFENDANT BE IMMEDIATELY RELEASED
___

The Court is in receipt of the Government's motion to dismiss this criminal matter (doc. 15). For good cause shown, the motion is **GRANTED** and the case **DISMISSED**.

Defendant is currently incarcerated on a bond violation related to this case. Given that the criminal charges pending against her are now dismissed, the Court **ORDERS** that Defendant be **IMMEDIATELY RELEASED**.

This case is **CLOSED** and **TERMINATED**.

October 11, 2012            s/ **Michael J. Newman**
                            United States Magistrate Judge